IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WARNER BROS. ENTERTAINMENT INC.,
a Delaware corporation; NEW LINE
PRODUCTIONS, INC., a Delaware
corporation; JUDY SPERA, in her individual
capacity and as the personal representative and
executrix of the Estate of Lorraine Warren; and
TONY SPERA, an individual,

                Plaintiffs,

v.                                                                                                          No. CIV 20-0062 JB/JFR

BEA LOYD (a.k.a. TAFFY SEALYHAM,
ALI MAZUREN, J. SMITH, and JANE
SMITH), an individual; METAGALAXTIC,
LLC, a New Mexico limited liability company;
OMNIMEDIA, LLC, a New Mexico limited
liability company; COHEN GOLDBERG &
SMITH, LLC, a New Mexico limited liability
company; SEEKERS OF THE
SUPERNATURAL, LLC, a New Mexico
limited liability company; and Does 1-5,

                Defendants.

## FINAL JUDGMENT AGAINST DEFENDANT BEA LOYD

This matter having come before the Court on Plaintiffs Warner Bros. Entertainment Inc., New Line Productions, Inc., Judy Spera (in her individual capacity and as the personal representative and executrix of the Estate of Lorraine Warren), and Tony Spera's Motion for Entry of Final Judgment and Motion to Voluntarily Dismiss Plaintiffs' Remaining Claim against Defendant Bea Loyd ("Loyd"), the Court finds that the Motion for Entry of Final Judgment should be granted.

Therefore, the Court hereby enters final judgment in favor of the Plaintiffs and against Defendant Loyd for trademark infringement under the Lanham Act, 15 U.S.C. § 1114 (Count I), copyright infringement under 17 U.S.C. § 501 (Count V), and violation of rights of publicity under Connecticut law (Count VII) based upon the reasons set forth in the Court's Memorandum Opinion and Order, filed September 5, 2023 (Doc. 155).

Accordingly, pursuant to Rule 65 of the Federal Rules of Civil Procedure, a permanent injunction is hereby entered against Defendant Loyd enjoining her and her agents, servants, employees, attorneys, and her successors, and assigns, and all those acting in active concert or participation with any of them from:

1.      Directly or indirectly infringing, or causing, enabling, facilitating, encouraging, promoting and inducing or participating in the infringement of, copyrights in the Seekers of the Supernatural television series (as defined in ECF No. 81 at 5), including, but not limited to reproducing, preparing derivative works of, distributing of, filing copyright applications, maintaining copyright registrations, or enforcing copyright registrations covering the Seekers of the Supernatural television series, in the United States. As such, Defendant Loyd is hereby ordered to seek cancellation with the United States Copyright Office of any and all copyright registrations that she filed, owns, or controls which cover all or any portion of the Seekers of the Supernatural television series, including without limitation, Copyright Registration Nos PA0001929774, TX008079091, and TX0007994956. In addition, pursuant to 17 U.S.C. § 503(b), Ms. Loyd is hereby ordered to return all originals and copies of any of the Seekers of the Supernatural television series to Plaintiffs' counsel that are in her possession, custody or control (including, not but not limited to, on VHS tapes, CDs, DVDs, hard drives or other physical storage media) and to destroy all electronic copies of the Seekers of the Supernatural television series that she maintains or controls in any other form, including but not limited to any and all such copies in any "cloud-

based" storage, within 30 days of this Order.

2. Directly or indirectly infringing the ED AND LORRAINE WARREN and SEEKERS OF THE SUPERNATURAL trademarks or any mark that is confusingly similar thereto in any manner in the United States, including but not limited to, utilizing the marks in domain names and filing for, maintaining, or enforcing any trademark registrations for the marks. In addition, pursuant to 15 U.S.C. § 1118, Ms. Loyd is hereby ordered to return all physical items in her possession, custody or control bearing ED AND LORRAINE WARREN and SEEKERS OF THE SUPERNATURAL trademarks or any mark that is confusingly similar thereto (including, but not limited to, VHS tapes, CDs, DVDs, hard drives or other physical storage media that bear the marks) and to destroy all electronic copies of the items that she maintains or controls in any other form, including in any "cloud-based" storage within 30 days of this Order.

3. Directly or indirectly using the Ed Warren or Lorraine Warren names or likenesses for any commercial purposes in the United States.

Within 30 days of this Order, Defendant Loyd will file with the Court a status report detailing her efforts to comply with this Order, and specifically addressing Defendant Loyd's efforts to return/destroy the infringing materials and cancel the trademarks/copyright registrations/applications described in the foregoing paragraphs 1-3.

Pursuant to the Court's authority under 15 U.S.C. § 1119, this Court orders the Director of the United States Patent and Trademark Office to hereby cancel or deny the following registrations/applications filed with its office:

| Jurisdiction | Mark | Reg. No. (or App. No. if not registered) |
|---|---|---|
| USPTO | ED AND LORRAINE WARREN | 4894285 |

| Jurisdiction | Mark | Reg. No. (or App. No. if not registered) |
|---|---|---|
| USPTO | SEEKERS OF THE SUPERNATURAL | 88835775 |

Pursuant to 17 U.S.C. § 504, the Court hereby enters statutory damages against Defendant Loyd for $150,000.

Pursuant to 15 U.S.C. § 1117 and 17 U.S.C. § 505, the Court hereby awards Plaintiffs their fees and costs. Plaintiffs shall file their motion for fees and costs within 30 days of this Order. D.N.M.LR-Civ – 54.1-54.5.

Further, pursuant to Federal Rule of Civil Procedure 41(a)(2), and upon Plaintiffs' request, the Court hereby dismisses without prejudice the following remaining claims: Cancellation of Federal Trademark Registration under the Lanham Act, 15 U.S.C. § 1064 (Count II), Cybersquatting under the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(c) (Counts III and IV); Cancellation of Copyright Registrations (Count VI); Common Law Trademark Infringement (Count VIII); Common Law Unfair Competition (Count IX); and Tortious Interference with Prospective Economic Advantage (Count X).

With no additional remaining claims to adjudicate in this matter, the Court enters this judgment as a Final Judgment.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE